USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT FOR THE FIRST CIRCUIT ____________________ No. 96-1129 DONNA GUZIEJKA, Plaintiff - Appellant, v. LOUIS PANAS, ET AL., Defendants - Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. George A. O'Toole, Jr., U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Coffin, Senior Circuit Judge, ____________________ and Tauro,* District Judge. ______________ _____________________ Matthew J. Buckley for appellant. __________________ John J. O'Brien, Jr., with whom Kirby, O'Brien & von _______________________ ______________________ Rosenvinge was on brief for appellee Louis Panas. Michael J. ___________ ___________ Keefe, with whom O'Malley and Harvey was on brief for appellee _____ ____________________ Town of Dracut. Thomas E. Sweeney, City Solicitor, for appellees _________________ John J. Sheehan and the City of Lowell. Regina M. Gilgun, with ________________ whom Douglas I. Louison and Merrick & Louison were on brief for __________________ _________________ appellee Susan Siopes. Joseph L. Bierwirth, Jr., Thomas M. __________________________ __________ Elcock and Morrison, Mahoney & Miller were on brief for appellees ______ __________________________ Raymond P. McKeon, Armand Caron, and the Town of Chelmsford. Joseph L. Tehan, Jr., with whom Kurt B. Fliegauf and Kopelman and ____________________ ________________ ____________ Paige, P.C. were on brief for appellees Town of Groton and George ___________  ____________________ * Of the District of Massachusetts, sitting by designation. (Jay) Rider. ____________________ January 13, 1997 ____________________ -2- Per Curiam. Appellant Donna Guziejka was laid off by Per Curiam. __________ the Town of Dracut Police Department, bypassed several times by other Massachusetts police departments, then rehired by the Town of Dracut. She attempted to file complaints with the Massachusetts Commission Against Discrimination and the Equal Employment Opportunity Commission, but was told by both agencies that the limitations period had expired. Nearly two years later, she brought this action against defendants claiming that they discriminated against her in violation of 42 U.S.C. 1981, 42 U.S.C. 1983, 42 U.S.C. 2000e-2, and Massachusetts statutory and criminal law by failing to hire her as a police officer. The defendants moved to dismiss the complaint for failure to state a claim upon which relief may be granted. The district court dismissed her federal and statutory claims and remanded the state common law claims to the Massachusetts Superior Court. After carefully reviewing the briefs, the complaint, and the district court order, we affirm the district court's dismissal of ______ Guziejka's federal and state statutory claims and the remand of her state common law claims for substantially the reasons set forth by the district court in its Memorandum of Decision, dated December 8, 1995. -3-